Name and address:
Irell & Manella LLP
Joseph M. Lipner (Bar No. 155735)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310) 277-1010; Fax: (310) 203-7199

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Merck Sharp & Dohme Corp., <br><br> Plaintiff(s) <br><br> v. <br><br> Genentech, Inc. and City of Hope, <br><br> Defendant(s). | CASE NUMBER <br><br> 2:16-cv-04992-GW-AGR <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Passamaneck, Nora Q.E.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(720) 274-3152     (720) 274-3133
*Telephone Number*    *Fax Number*
Nora.Passamaneck@wilmerhale.com
*E-Mail Address*

of

Wilmer Cutler Pickering Hale and Dorr LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Genentech, Inc. and City of Hope

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Lipner, Joseph M.
*Designee's Name (Last Name, First Name & Middle Initial)*
155735         (310) 203-7557     (310) 203-7199
*Designee's Cal. Bar No.*  *Telephone Number*    *Fax Number*
jlipner@irell.com
*E-Mail Address*

of

Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application:
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
            ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge