QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Raymond N. Nimrod (*pro hac vice*)
raynimrod@quinnemanuel.com
Matthew A. Traupman (*pro hac vice*)
matthewtraupman@quinnemanuel.com
51 Madison Ave.
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Plaintiff
MERCK SHARP & DOHME CORP.

[LIST OF COUNSEL CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> GENENTECH, INC. and CITY OF HOPE, <br><br> Defendants/ Counterclaimants. | CASE NO.: 16-cv-04992-GW-AGR <br><br> **JOINT CLAIM CONSTRUCTION AND PRELIMINARY STATEMENT** <br><br> Judge: Hon. George H. Wu |

1  SIMPSON THACHER
   & BARTLETT LLP
2  Jeffrey E. Ostrow (SBN 213118)
   jostrow@stblaw.com
3  2475 Hanover St.
   Palo Alto, CA 94304
4  Telephone: (650) 251-5000
   Facsimile: (650) 251-5002
5
   Katherine A. Helm (*pro hac vice*)
6  khelm@stblaw.com
   425 Lexington Ave.
7  New York, NY 10017
   Telephone: (212) 455-2000
8  Facsimile: (212) 455-2502

9  Attorneys for Plaintiff
   MERCK SHARP & DOHME CORP.
10
   DURIE TANGRI LLP
11 DARALYN J. DURIE (SBN 169825)
   ddurie@durietangri.com
12 SONAL N. MEHTA (SBN 222086)
   smehta@durietangri.com
13 ADAM R. BRAUSA (SBN 298754)
   abrausa@durietangri.com
14 LEERON MORAD (SBN 284771)
   lmorad@durietangri.com
15 217 Leidesdorff Street
   San Francisco, CA 94111
16 Telephone: 415-362-6666
   Facsimile: 415-236-6300
17
   IRELL & MANELLA LLP
18 DAVID I. GINDLER (SBN 117824)
   dgindler@irell.com
19 JOSEPH M. LIPNER (SBN 155735)
   jlipner@irell.com
20 1800 Avenue of the Stars, Suite 900
   Los Angeles, CA 90067-4276
21 Telephone: 310-277-1010
   Facsimile 310-203-7199
22
   WILMER CUTLER PICKERING HALE AND DORR LLP
23 Robert J Gunther, Jr (*Pro Hac Vice*)
   Robert.Gunther@wilmerhale.com
24 7 World Trade Center
   250 Greenwich Street
25 New York, NY 10007
   Telephone:  212-230-8830
26 Facsimile:   212-230-8888

27

28

WILMER CUTLER PICKERING HALE AND DORR LLP
Richard W. O'Neill (*Pro Hac Vice*)
richard.o'neill@wilmerhale.com
Kevin S Prussia (*Pro Hac Vice*)
kevin.prussia@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone:  617-526-6000
Facsimile:   617-526-5000

Attorneys for Defendants
GENENTECH, INC. and CITY OF HOPE

Pursuant to the Court's October 17, 2016 Scheduling Order, Merck Sharp & Dohme Corp. ("Merck"), Genentech Inc. and City of Hope (collectively, "Defendants") submit the following Joint Claim Construction and Pre-Hearing Statement.

## I. AGREED UPON CLAIM CONSTRUCTIONS

The parties have met and conferred regarding the submission of this Joint Claim Construction and Pre-Hearing Statement. The parties have reached agreement on the following claim terms for U.S. Patent No. 7,923,221 (the "Cabilly III Patent").

| AGREED-UPON CONSTRUCTIONS FOR CABILLY III PATENT | | |
|---|---|---|
| **Claim Term** | **Claims** | **Agreed-Upon Construction** |
| "antibody" | 1, 15, 25, 38, 43 | a tetrameric molecule consisting of two relatively long polypeptide chains called heavy chains and two shorter polypeptide chains called light chains, or aggregates of such tetrameric molecules, having specific immunoreactive activity |
| "coexpressing the heavy chain or fragment thereof and the light chain or fragment thereof in a recombinant host cell" | 15, 38 | independently expressing the heavy chain or fragment thereof and the light chain or fragment thereof in the same recombinant host cell |

## II. PROPOSED CLAIM CONSTRUCTIONS

The parties have met and conferred regarding the submission of this Joint Claim Construction and Pre-Hearing Statement. The parties were unable to reach agreement on the following claim terms for the Cabilly III Patent. The parties' respective proposed constructions for the terms in dispute are identified in the table below.

| PROPOSED CONSTRUCTIONS FOR CABILLY III PATENT | | | |
|---|---|---|---|
| **Claim Term** | **Claim(s)** | **Defendants' Proposed Constructions** | **Merck's Proposed Constructions** |
| "A method for making an antibody heavy chain or fragment thereof and an antibody light chain or fragment thereof each having specificity for a desired antigen" | 1, 25 | No construction necessary, plain and ordinary meaning | A method for making an antibody heavy chain or fragment thereof and an antibody light chain or fragment thereof each having specificity for a desired antigen suitable for *in vitro* assembly into an antibody or antibody fragment |
| "A method for making an antibody or antibody fragment capable of specifically binding a desired antigen" | 15, 38 | No construction necessary, plain and ordinary meaning | A method for making an antibody or antibody fragment assembled *in vivo* and capable of specifically binding a desired antigen |
| "a variable region comprising non human mammalian variable region sequences" | 1, 15 | The N-terminal end of a heavy or light chain sequence that terminates before the beginning of the constant region sequence and includes non human mammalian variable region sequences | an unaltered variable region from one non human mammalian antibody |
| "a variable region sequence" | 25, 38 | the N-terminal end of a heavy or light chain sequence that terminates before the beginning of the constant region sequence | an unaltered variable region sequence from one naturally occurring antibody |

| "a human constant region sequence" | 1, 15, 25, 38 | a heavy or light chain sequence of human origin that extends from the end of the variable region to the C-terminal end and within a particular class does not vary with the specificity of the antibody | an unaltered constant region from one human antibody |

## III. IDENTIFICATION OF REFERENCES IN THE CABILLY III PATENT SPECIFICATION AND PROSECUTION HISTORY AND IDENTIFICATION OF EXTRINSIC EVIDENCE

### A.  Merck's Identification of Intrinsic and Extrinsic Evidence

Merck identifies below the presently known intrinsic and extrinsic evidence which it may rely on or cite to either in support of its own proposed constructions or to oppose Defendants' proposed constructions. By identifying extrinsic evidence, Merck does not concede that extrinsic evidence is necessary to construe the claim terms at issue. In addition, Merck expressly reserves the right to rely on any other evidence identified after further investigation or discovery, including discovery pertaining to claim construction under the Scheduling Order, or for any other reason permitted by the Federal Rules of Civil Procedure, the Local Rules of this District, or the Court's Orders.

Merck identifies the following references from the specification of the Cabilly III patent (in column:line format): 1:22-64, 3:17-67, 4:7-5:25, 5:64-8:24, 11:19-25, 12:14-27, 12:57-64, 13:55-16:25, 26:10-28:10, 28:47-57, 29:26-38, 30:14-23, 30:55-64. Merck identifies the following figures and supporting text as references from the specification of the Cabilly III patent: Figure 1, Figure 6, Figure 7, Figure 11, Figure 12, Figure 13. Merck identifies the following references from the prosecution history file for the Cabilly III Patent (including any declarations, affidavits or exhibits relied upon therein):

1. Application, April 15, 1995
2. Preliminary Amendment, July 7, 1995
3. Restriction or Election Requirement, July 25, 1995
4. Response to Election/Restriction Requirement, August 10, 1995
5. Restriction or Election Requirement, January 24, 1996
6. Response to Second Restriction Requirement and Amendment, March 29, 1996
7. Office Action, September 18, 1996
8. Amendment, March 17, 1997
9. Office Action, July 11, 1997
10. Amendment, January 8, 1998
11. Office Action, July 6, 1998
12. Amendment, January 6, 1999
13. Interview Summary, February 8, 1999
14. Office Action, April 1, 1999
15. Interview Summary, April 15, 1999
16. Communication, April 19, 1999
17. Office Action, April 20, 1999
18. Amendment, October 1, 1999
19. Notice of Allowability, November 18, 1999
20. Interview Summary, September 19, 2002
21. Amendment, September 27, 2002
22. Office Action, October 2, 2002
23. Terminal Disclaimer, March 3, 2003
24. Office Action, June 3, 2003
25. Amendment, November 3, 2003
26. Notice of Non-Compliant Amendment, December 11, 2003
27. Response to Notice of Non-Compliant Amendment, March 7, 2006

28. Office Communication, January 17, 2007
29. Amendment, July 12, 2010
30. Notice of Allowability, December 6, 2010
31. Examiner-Initiated Interview Summary, December 6, 2010
32. Interview Summary, December 6, 2010
33. Examiner's Amendment and Reasons for Allowance, December 21, 2010

Merck identifies the following extrinsic evidence:

1. Declaration of Sir Gregory Winter, CBE, FRS Regarding Claim Construction of U.S. Patent No. 7,923,221, dated January 31, 2017
2. Deposition Transcript of Sir Gregory Winter, CBE, FRS, dated February 6, 2017
3. Deposition Transcript of Dr. Stephen Desiderio, M.D., Ph.D., dated February 9, 2017
4. Alberts, B., et al., "Molecular Biology of the Cell," Chs. 1, 7 (1983)
5. Angal, S., et al., *A Single Amino Acid Substitution Abolishes the Heterogeneity of Chimeric Mouse/Human (igG4) Antibody*, 30 MOL. IMMUNOL. 105 (1993)
6. Better, M. & Horwitz, A., *Expression of Engineered Antibodies and Antibody Fragments in Microorganisms*, 178 METHODS ENZYMOL. 476 (1989)
7. Better, M., et al., *Escherichia coli Secretion of an Active Chimeric Antibody Fragment*, 240 SCIENCE 1041 (1988)
8. Boss, M. & Wood, C., *Genetically Engineered Antibodies*, 6 IMMUNOL. TODAY 12 (1985)
9. Boss, M., et al., *Assembly of Functional Antibodies from Immunoglobulin Heavy and Light Chains Synthesised in E. coli*, 12 NUCLEIC ACIDS RESEARCH 3791 (1984)

10. Boulianne, G., et al., *Production of Functional Mouse/Human Chimeric Antibody*, 312 NATURE 643 (1994)

11. Brief for Defendant-Cross-Appellant, Genentech, Inc., *Chiron Corp. v. Genentech*, Inc., No. 03-1158, -1159 (Fed. Cir. May 12, 2003)

12. Brüggeman, M., et al., *The Immunogenicity of Chimeric Antibodies*, 170 J. EXP. MED. 2153 (1989)

13. Buchner, J. & Rudolph, R., *Renaturation, Purification and Characterization of Recombinant $F_{ab}$-Fragments Produced in Escherichia coli*, 9 BIOTECHNOLOGY 157 (1991)

14. Cabilly, S., et al., *Generation of Antibody Activity from Immunoglobulin Polypeptide Chains Produced in Escherichia coli*, 81 PROC. NATL. ACAD. SCI. USA 3273 (1984)

15. Chadd, H. & Camow, S., *Therapeutic Antibody Expression Technology*, 12 CURRENT OPINION IN BIOTECHNOLOGY 188 (2001)

16. Clackson, T. & Winter, G., *"Sticky Feet"-Directed Mutagenesis and its Application to Swapping Antibody Domains*, 17 NUCLEIC ACIDS RESEARCH 10163 (1989)

17. Duncan, A. & Winter, G., *The Binding Site for Clq on IgG*, 332 NATURE 738 (1988)

18. Duncan, A., et al., *Localization of the Binding Site for the High-Affinity Fc Receptor on IgG*, 332 NATURE 563 (1988)

19. Foote, J. & Winter, G., *Antibody Framework Residues Affecting the Conformation of the Hypervariable Loops*, 224 J. MOL. BIOL. 487 (1992)

20. Gillies, S. & Wesolowski, J., *Antigen Binding and Biological Activities of Engineered Mutant Chimeric Antibodies with Human Tumor Specificities*, 1 HUM. ANTIBODY HYBRIDOMAS 47 (1990)

21. Horwitz, A., et al., *Secretion of Functional Antibody and Fab Fragment from Yeast Cvells*, 85 PROC. NATL. ACAD. SCI. USA 8678 (1988)

22. James, K. & Bell, G., *Human Monoclonal Antibody Production: Current Status and Future Prospects*, 100 J. IMMUNOL. METHODS 5 (1987)

23. Jones, P.T., et al., *Replacing the Complementarity-Determining Regions in a Human Antibody with Those from a Mouse*, 321 NATURE 522 (1986)

24. Kempani, J., *Preliminary Results of Early Clinical Trials with the Fully Human anti-TNFα Monoclonal Antibody D2E7*, 58 ANN RHEUM DIS 170 (1999)

25. Larrick, J., et al., "Construction of Recombinant Therapeutic Monoclonal Antibodies," in Therapeutic Monoclonal Antibodies (ed. by C.A.K. Borrebaeck & J.W. Larrick) p. 17. Stockton Press, New York (1990)

26. Leatherbarrow, R., et al., *Effector Functions of a Monoclonal Aglycosylated Mouse IgG2a: Binding and Activation of Complement Component C1 and Interaction with Human Monoctye Fc Receptor*, 22 MOL. IMMUNOL. 407 (1985)

27. Léger, O. & Saldanha, J., "Humanization of Antibodies," in Antibody Drug Discovery 1, (Clive R. Wood, ed., 4th ed. 2012)

28. Lonberg, N., *Human Antibodies from Transgenic Animals*, 23 Nature Biotechnology 1117 (2005)

29. Morgan, et al., Patent Application No. WO 94/29351

30. Morrison, S. & Oi, V., *Genetically Engineered Antibody Molecules*, 44 ADVANCES IN IMMUNOL. 65 (1989)

31. Morrison, S., et al., *Chimeric Human Antibody Molecules: Mouse Antigen-Binding Domains with Human Constant Region Domains*, 81 PROC. NAT'L ACAD. SCI. USA 6851 (1984)

32. Neuberger, M., et al., *A Hapten Specific Chimaeric IgE with Human Physiological Effector Function*, 314 NATURE 268 (1985)

33. Owens, R. & Young, A., *Minireview: The Genetic Engineering of Monoclonal Antibodies*, 168 J. IMMUNOL. METHODS 149 (1994)

34. Plückthun, A. & Skerra, A., *Expression of Functional Antibody Fv and Fab Fragments in Escherichia coli*, 178 METHODS IN ENZYMOL. 497 (1989)

35. Raghunathan, P. & Jaganathan, N., *Study of Task Activation of the Human Brain by Functional MRI (FMRI) and MR Spectroscopy (FMRS)*; 65 PROGRESS IN BIOPHYSICS AND MOL. BIOLOGY 201 (1996)

36. Riechmann, L., et al., *Reshaping Human Antibodies for Therapy*, 332 NATURE 323 (1988)

37. Skerra, A. & Plückthun, A., *Assembly of a Functional Immunoglobulin $F_v$ Fragment in Escherichia coli*, 240 SCIENCE 1038 (1988)

38. Skerra, A. & Plückthun, A., *Secretion and in vivo folding of the $F_{ab}$ fragment of the antibody McPC603 in Escherichia coli: Influence of Disulphides and cis-prolines*, 4 PROTEIN ENGINEERING 971 (1991)

39. Steinitz, M., *Three Decades of Human Monoclonal Antibodies*, 18 HUMAN ANTIBODIES 1 (2009)

40. Taylor, A. & Wall, R., *Selective Removal of α Heavy-Chain Glycosylation Sites Causes Immunoglobulin A Degradation and Reduced Secretion*, 8 MOL. AND CELLULAR BIOLOGY 4197 (1988)

41. Teeling, J., et al., *Characterization of New Human CS20 Monoclonal Antibodies with Potent Cytolytic Activity Against Non-Hodgkin Lymphomas*, 104 BLOOD 1793 (2004)

42. U.S. Patent No. 5,225,539

43. U.S. Patent No. 5,693,761

44. U.S. Patent No. 5,821,337

45. U.S. Patent No. 5,846,534

46. Verhoeyen, M., et al., *Reshaping Human Antibodies: Grafting an Antilysozyme Activity*, 239 SCIENCE 1534 (1988)

47. Watkins, N. & Ouwehand, W., *Introduction to Antibody Engineering and Phage Display*, 78 VOX SANG 72 (2000)

48. Wawrzynczak, E., et al., *Blood Clearance in the Mouse of an Aglycosyl Recombinant Monoclonal Antibody*, 17 BIOCHEM. SOC. TRANS. 1061 (1989)

49. Wawrzynczak, E., et al., *Blood Clearance in the Rat of a Recombinant Mouse Monoclonal Antibody Lacking the N-Linked Oligosaccharide Side Chains of the CH2 Domains*, 29 MOL. IMMUNOL. 213 (1992)

50. Winter, G. & Neuberger, M., "Restructuring Enzymes and Antibodies," in 15 Investigation and Exploitation of Antibody Combining Sites (Eric Reid, ed., 1985)

51. Winter, G., et al., *Redesigning Enzyme Structure by Site-Directed Mutagenesis: Tyrosyl tRNA Synthetase and ATP Binding*, 299 NATURE 756 (1982)

52. Wood, C., et al., *The Synthesis and in vivo Assembly of Functional Antibodies in Yeast*, 314 NATURE 446 (1985)

53. Wright, A., et al., *Antibody Variable Region Glycosylation: Position Effects on Antigen Binding and Carbohydrate Structure*, 10 EMBO JOURNAL 2717 (1991)

54. Wu, T. & Kabat, E., *An Analysis of the Sequences of the Variable Regions of Bence Jones Proteins and Myeloma Light Chains and their Implication for Antibody Complementarity*, 132 J. EXP. MED. 211 (1970)

55. Yang, X., et al., *Development of ABX-EGF, A Fully Human Anti-EGF Receptor Monoclonal Antibody, for Cancer Therapy*, 38 CRIT. REVS. IN ONCOLOGY/HEMATOLOGY 17 (2001)

Merck further identifies, and incorporates by reference, all prior art and other documents served in its Invalidity Contentions, as well as those documents incorporated by reference therein, which Merck may rely upon to support its claim construction positions. To the extent that any prosecution history, including the prosecution history of the Cabilly III Patent, may later be deemed to be extrinsic

evidence, Merck hereby identifies each prosecution history, including all references cited therein, of each application related to the Cabilly III Patent as extrinsic evidence upon which Merck may rely.

Merck reserves the right to cite additional intrinsic or extrinsic evidence to respond to arguments made by Defendants, including but not limited to intrinsic or extrinsic evidence cited below by Defendants.

### B.    Defendants' Identification of Intrinsic and Extrinsic Evidence

Genentech and City of Hope identify below the intrinsic and extrinsic evidence on which it may rely on or cite to either in support of its own proposed constructions or to oppose Merck's proposed constructions.  Genentech and City of Hope do not conceded that extrinsic evidence is necessary to construe the disputed claim terms.  Genentech and City of Hope identify the following references from the specification of the Cabilly III patent (in column:line format): 1:44-2:20, 3:16-4:3, 5:6-13, 6:8-13, 6:30-7:18, 9:48-62, 11:15-53, 13:55-14:44, 15:19-60, 17:46-27:51, 28:47-57, 29:3-4, 29:18-19, 29:26-41, 29:48-49, 30:14-23, 30:47-48, 30:55-67, 31:7-8, Fig. 1, Fig. 11, and Fig. 12.

Genentech and City of Hope identify the following references from the prosecution history file for the Cabilly III Patent (including any declarations, affidavits or exhibits relied upon therein):

- Application, April 15, 1995
- Preliminary Amendment, July 7, 1995
- Restriction or Election Requirement, July 25, 1995
- Response to Election/Restriction Requirement, August 10, 1995
- Restriction or Election Requirement, January 24, 1996
- Response to Second Restriction Requirement and Amendment, March 29, 1996
- Office Action, September 18, 1996
- Amendment, March 17, 1997

- Office Action, July 11, 1997
- Amendment, January 8, 1998
- Office Action, July 6, 1998
- Amendment, January 6, 1999
- Interview Summary, February 8, 1999
- Office Action, April 1, 1999
- Interview Summary, April 15, 1999
- Communication, April 19, 1999
- Office Action, April 20, 1999
- Amendment, October 1, 1999
- Notice of Allowability, November 18, 1999
- Interview Summary, September 19, 2002
- Amendment, September 27, 2002
- Office Action, October 2, 2002
- Terminal Disclaimer, March 3, 2003
- Office Action, June 3, 2003
- Amendment, November 3, 2003
- Notice of Non-Compliant Amendment, December 11, 2003
- Response to Notice of Non-Compliant Amendment, March 7, 2006
- Office Communication, January 17, 2007
- Amendment, July 12, 2010
- Notice of Allowability, December 6, 2010
- Examiner-Initiated Interview Summary, December 6, 2010
- Interview Summary, December 6, 2010
- Examiner's Amendment and Reasons for Allowance, December 21, 2010

Genentech and City of Hope identify the following extrinsic evidence:

- Claim Construction Declaration of Stephen Desiderio, M.D., Ph.D.

-11-

- Deposition Transcript of Dr. Stephen Desiderio, M.D., Ph.D., dated February 9, 2017
- Declaration of Sir Gregory Winter, CBE, FRS Regarding Claim Construction of U.S. Patent No. 7,923,221
- Deposition Transcript of Sir Gregory Winter, CBE, FRS, dated February 6, 2017
- Alberts et al., *Molecular Biology of the Cell*, p. 974-976, Garland Publishing (1983)
- Kohler and Milstein, *Continuous cultures of fused cells secreting antibody of predefined specificity*, Nature 256: 495-97 (1975)
- Olsson *et al.*, *Human-human hybridomas producing monoclonal antibodies of predefined antigenic specificity*, Proc. Natl. Acad. Sci., Vol. 77, No. 9, pp. 5429-5431 (Sept. 1980)
- Schlom, *Generation of human monoclonal antibodies reactive with human mammary carcinoma cells*, Proc. Natl. Acad. Sci., Vol. 77, No. 11, pp. 6841-6845 (Nov. 1980)
- Riechmann et al., *Reshaping human antibodies for therapy*, Nature, Vol. 332 at 323-27 (1988)
- Queen et al., *A humanized antibody that binds to the interleukin 2 receptor*, Proc. Natl. Acad. Sci., Vol. 86, pp. 10029-10033 (1989)
- Capra et al., *Structure of Antibodies with Shared Idiotype: The Complete Sequence of the Heavy Chain Variable Regions of Two Immunoglobulin M Anti-Gamma Globulins*, Proc. Natl. Acad. Sci., Vol. 71, No. 10, pp. 4032-4036 (Oct. 1974)
- Hutchinson et al., *Mutagenesis at a Specific Position in a DNA Sequence*, J. Biol. Chem., Vol. 253, No. 18, pp. 6551-6560 (Sept. 1978)

- Shortle and Nathans, *Local mutagenesis: A method for generating viral mutants with base substitutions in preselected regions of the viral genome*, Proc. Natl. Acad. Sci., Vol. 75, No. 5, pp. 2170-2174 (May 1978)

Genentech and City of Hope reserve the right to cite additional intrinsic or extrinsic evidence to respond to arguments made by Merck, including but not limited to intrinsic or extrinsic evidence cited above by Merck.

**IV.   The Claim Construction Hearing On April 3, 2017**

Merck believes at this time that it will require sixty minutes for its presentation at the Claim Construction Hearing, not inclusive of any time allotted to it for the Technology Tutorial to the Court scheduled for March 27, 2017.

Genentech and City of Hope believe at this time that they will require sixty minutes for their presentation at the Claim Construction Hearing, not inclusive of any time allotted to it for the Technology Tutorial to the Court scheduled for March 27, 2017.

| | | |
|---|---|---|
| 1 | DATED:  February 10, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 4 | | |
| 5 | | By  /s/ *Matthew A. Traupman* |
| | | Adam B. Wolfson (SBN 262125) |
| 6 | | adamwolfson@quinnemanuel.com |
| | | 865 S. Figueroa St., 10th Floor |
| 7 | | Los Angeles, California 90017 |
| | | Telephone:  (213) 443-3000 |
| 8 | | Facsimile:  (213) 443-3100 |
| 9 | | Raymond N. Nimrod (*pro hac vice*) |
| | | raynimrod@quinnemanuel.com |
| 10 | | Matthew A. Traupman (*pro hac vice*) |
| | | matthewtraupman@quinnemanuel.com |
| 11 | | 51 Madison Avenue, 22nd Floor |
| | | New York, NY 10010 |
| 12 | | Telephone:  (212) 849-7000 |
| | | Facsimile:  (212) 849-7100 |
| 13 | | |
| 14 | | SIMPSON THACHER & BARTLETT LLP |
| | | Jeffrey E. Ostrow (SBN 213118) |
| 15 | | jostrow@stblaw.com |
| | | 2475 Hanover St. |
| 16 | | Palo Alto, CA  94304 |
| | | Telephone:  (650) 251-5000 |
| 17 | | Facsimile:  (650) 251-5002 |
| 18 | | Katherine A. Helm (*pro hac vice*) |
| | | khelm@stblaw.com |
| 19 | | 425 Lexington Ave. |
| | | New York, NY  10017 |
| 20 | | Telephone:  (212) 455-2000 |
| | | Facsimile:  (212) 455-2502 |
| 21 | | |
| 22 | | *Attorneys for Plaintiff and Counter-Defendant Merck Sharp & Dohme Corp.* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

-14-
JOINT CLAIM CONSTRUCTION AND PRELIMINARY STATEMENT, CASE NO. 16-CV-04992-GW-AGR

| | | |
|---|---|---|
| 1 | DATED: February 10, 2017 | Respectfully submitted, |
| 2 | | DURIE TANGRI LLP |
| 3 | | |
| 4 | | By  /s/ Adam R. Brausa |
| | | DARALYN J. DURIE (SBN 169825) |
| 5 | | ddurie@durietangri.com |
| | | SONAL N. MEHTA (SBN 222086) |
| 6 | | smehta@durietangri.com |
| | | ADAM R. BRAUSA (SBN 298754) |
| 7 | | abrausa@durietangri.com |
| | | LEERON MORAD (SBN 284771) |
| 8 | | lmorad@durietangri.com |
| | | 217 Leidesdorff Street |
| 9 | | San Francisco, CA 94111 |
| | | Telephone: 415-362-6666 |
| 10 | | Facsimile: 415-236-6300 |

IRELL & MANELLA LLP
DAVID I. GINDLER (SBN 117824)
dgindler@irell.com
JOSEPH M. LIPNER (SBN 155735)
jlipner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: 310-277-1010
Facsimile 310-203-7199

WILMER CUTLER PICKERING HALE AND DORR LLP
Robert J Gunther, Jr (*Pro Hac Vice*)
Robert.Gunther@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  212-230-8830
Facsimile:   212-230-8888

WILMER CUTLER PICKERING HALE AND DORR LLP
Richard W. O'Neill (*Pro Hac Vice*)
richard.o'neill@wilmerhale.com
Kevin S Prussia (*Pro Hac Vice*)
kevin.prussia@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone:  617-526-6000
Facsimile:   617-526-5000

Attorneys for Defendants and Counterclaim Plaintiffs GENENTECH, INC. and CITY OF HOPE

-15-

**FILER'S ATTESTATION OF CONCURRENCE**

Pursuant to Civil L.R. 5-4.3.4(a)(2) relating to documents requiring multiple signatures, I, Matthew A. Traupman, attest that all other signatories concur in the content of the foregoing document and authorize the filing of the same.

            */s/ Matthew A. Traupman*
            Matthew A. Traupman

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                        */s/ Matthew A. Traupman*
                        Matthew A. Traupman