DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
ADAM R. BRAUSA (SBN 298754)
abrausa@durietangri.com
LEERON MORAD (SBN284771)
lmorad@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

IRELL & MANELLA LLP
DAVID I. GINDLER (SBN 117824)
dgindler@irell.com
JOSEPH M. LIPNER (SBN 155735)
jlipner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: 310-277-1010
Facsimile 310-203-7199

Attorneys for Defendants
GENENTECH, INC. and CITY OF HOPE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MERCK SHARP & DOHME CORP.,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC. and CITY OF HOPE<br><br>Defendants. | Case No. 2:16-cv-04992-GW-AGR<br><br>**DECLARATION OF ADAM R. BRAUSA IN SUPPORT OF DEFENDANTS GENENTECH, INC. AND CITY OF HOPE'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br><br>Ctrm: 10<br>Judge: Honorable George H. Wu |

WILMER CUTLER PICKERING HALE AND DORR LLP
Robert J Gunther, Jr (*Pro Hac Vice*)
Robert.Gunther@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8830
Facsimile: 212-230-8888

WILMER CUTLER PICKERING HALE AND DORR LLP
Richard W. O'Neill (*Pro Hac Vice*)
richard.o'neill@wilmerhale.com
Kevin S Prussia (*Pro Hac Vice*)
kevin.prussia@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000

Attorneys for Defendants
GENENTECH, INC. and CITY OF HOPE

I, Adam R. Brausa, declare as follows:

1. I am an attorney at law licensed to practice in the state of California. I am an attorney with the law firm of Durie Tangri LLP, counsel for Defendants Genentech, Inc., and City of Hope in this matter. I make this declaration from personal knowledge, and if called to testify, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the transcript of the deposition of Stephen Desiderio taken in this matter on February 9, 2017.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on March 17, 2017 in San Francisco, California

*/s/ Adam R. Brausa*
ADAM R. BRAUSA

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Daralyn J. Durie*
DARALYN J. DURIE