QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Raymond N. Nimrod (*pro hac vice*)
raynimrod@quinnemanuel.com
Matthew A. Traupman (*pro hac vice*)
matthewtraupman@quinnemanuel.com
51 Madison Ave.
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Plaintiff
MERCK SHARP & DOHME CORP.

[LIST OF COUNSEL CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MERCK SHARP & DOHME CORP.,

Plaintiff/Counterclaim Defendant,

vs.

GENENTECH, INC. and CITY OF HOPE,

Defendants/ Counterclaimants.

CASE NO.: 16-cv-04992-GW-AGR

**DECLARATION OF MICHAEL BRUNS IN SUPPORT OF PLAINTIFF MERCK SHARP & DOHME CORP.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

**Judge: Hon. George H. Wu**

SIMPSON THACHER &
BARTLETT LLP
Jeffrey E. Ostrow (SBN 213118)
jostrow@stblaw.com
2475 Hanover St.
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Katherine A. Helm (*pro hac vice*)
khelm@stblaw.com
425 Lexington Ave.
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Plaintiff
MERCK SHARP & DOHME CORP.

I, Michael B. Bruns, declare:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan, the law firm representing Plaintiff Merck Sharp & Dohme Corp. in the above captioned matter.

2. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.

3. I make this declaration in support of Plaintiff Merck Sharp & Dohme Corp.'s Responsive Claim Construction Brief.

4. This declaration is based on my personal knowledge, and I would testify to the matters set forth in this Declaration if called upon as a witness

5. Attached hereto as **Exhibit 26** is a true and correct copy of an excerpt of Dr. Stephen Desiderio's Deposition (Feb. 9, 2017)

6. Attached hereto as **Exhibit 27** is a true and correct copy of an excerpt of Sir Gregory Winter's Deposition (Feb. 6, 2017).

7. Attached hereto as **Exhibit 28** is a true and correct copy of the tentative claim construction ruling in Genzyme Corp. v. Genentech, Inc., Case No. 2:15-cv-09991-GW (AGRx).

I declare under penalty of perjury that the following is true and correct.

Executed on March 17, 2017, in Oakland, California.

By________________________________

Michael B. Bruns

*Attorney for Plaintiff Merck Sharp & Dohme Corp.*