DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
ADAM R. BRAUSA (SBN 298754)
abrausa@durietangri.com
LEERON MORAD (SBN 284771)
lmorad@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:  415-362-6666
Facsimile:   415-236-6300

IRELL & MANELLA LLP
DAVID I. GINDLER (SBN 117824)
dgindler@irell.com
JOSEPH M. LIPNER (SBN 155735)
jlipner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Telephone:  310-277-1010
Facsimile   310-203-7199

Attorneys for Defendants
GENENTECH, INC. and CITY OF HOPE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC. and CITY OF HOPE <br><br> Defendants. | Case No. CV 16-4992-GW(AGRx) <br><br> **ORDER GRANTING DEFENDANTS GENENTECH, INC. AND CITY OF HOPE'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** <br><br> Ctrm:  10 <br> Judge: Honorable George H. Wu |

| | |
|---|---|
| 1 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | Robert J Gunther, Jr (*Pro Hac Vice*) |
| | Robert.Gunther@wilmerhale.com |
| 3 | 7 World Trade Center |
| | 250 Greenwich Street |
| 4 | New York, NY 10007 |
| | Telephone: 212-230-8830 |
| 5 | Facsimile: 212-230-8888 |
| 6 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 7 | Richard W. O'Neill (*Pro Hac Vice*) |
| | richard.o'neill@wilmerhale.com |
| 8 | Kevin S Prussia (*Pro Hac Vice*) |
| | kevin.prussia@wilmerhale.com |
| 9 | 60 State Street |
| | Boston, MA 02109 |
| 10 | Telephone: 617-526-6000 |
| | Facsimile: 617-526-5000 |
| 11 | |
| 12 | Attorneys for Defendants |
| | GENENTECH, INC. and CITY OF HOPE |

As set forth in Defendants Genentech, Inc. and City of Hope's (together "Defendants") Application for Leave to File Documents under Seal, Defendants have lodged with the Court the following portions of Defendants' Notice of Lodging and Supplemental Submission Regarding Claim Construction:

- Lines 7-10 on page 2

IT IS HEREBY ORDERED THAT the Application for Leave to File under Seal is **GRANTED**. Defendants shall file under seal the documents listed above in compliance with the Court's ruling.

**IT IS SO ORDERED.**
Dated: April 10, 2017

_____
Honorable Judge George H. Wu
United States District Judge