QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Raymond N. Nimrod (*pro hac vice*)
raynimrod@quinnemanuel.com
Matthew A. Traupman (*pro hac vice*)
matthewtraupman@quinnemanuel.com
51 Madison Ave.
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Plaintiff
MERCK SHARP & DOHME CORP.

[LIST OF COUNSEL CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> GENENTECH, INC. and CITY OF HOPE, <br><br> Defendants/Counterclaimants. | CASE NO.: 16-cv-04992-GW-AGR <br><br> **JOINT STIPULATION OF DISMISSAL** <br><br> Ctrm: 10 <br> Judge: Hon. George H. Wu |

| | |
|---|---|
| 1 | SIMPSON THACHER & BARTLETT LLP |
| 2 | Jeffrey E. Ostrow (SBN 213118) |
| | jostrow@stblaw.com |
| 3 | 2475 Hanover St. |
| | Palo Alto, CA 94304 |
| 4 | Telephone: (650) 251-5000 |
| | Facsimile: (650) 251-5002 |
| 5 | |
| | Katherine A. Helm (*pro hac vice*) |
| 6 | khelm@stblaw.com |
| | 425 Lexington Ave. |
| 7 | New York, NY 10017 |
| | Telephone: (212) 455-2000 |
| 8 | Facsimile: (212) 455-2502 |
| 9 | Attorneys for Plaintiff |
| | MERCK SHARP & DOHME CORP. |
| 10 | |
| | DURIE TANGRI LLP |
| 11 | DARALYN J. DURIE (SBN 169825) |
| | ddurie@durietangri.com |
| 12 | ADAM R. BRAUSA (SBN 298754) |
| | abrausa@durietangri.com |
| 13 | LEERON MORAD (SBN 284771) |
| | lmorad@durietangri.com |
| 14 | 217 Leidesdorff Street |
| | San Francisco, CA 94111 |
| 15 | Telephone: 415-362-6666 |
| | Facsimile: 415-236-6300 |
| 16 | |
| | IRELL & MANELLA LLP |
| 17 | DAVID I. GINDLER (SBN 117824) |
| | dgindler@irell.com |
| 18 | JOSEPH M. LIPNER (SBN 155735) |
| | jlipner@irell.com |
| 19 | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, CA 90067-4276 |
| 20 | Telephone: 310-277-1010 |
| | Facsimile 310-203-7199 |
| 21 | |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 22 | Robert J Gunther, Jr (*Pro Hac Vice*) |
| | Robert.Gunther@wilmerhale.com |
| 23 | 7 World Trade Center |
| | 250 Greenwich Street |
| 24 | New York, NY 10007 |
| | Telephone:  212-230-8830 |
| 25 | Facsimile:   212-230-8888 |
| 26 | |
| 27 | |
| 28 | |

1  WILMER CUTLER PICKERING HALE AND DORR LLP
   Richard W. O'Neill (*Pro Hac Vice*)
2  richard.o'neill@wilmerhale.com
   Kevin S Prussia (*Pro Hac Vice*)
3  kevin.prussia@wilmerhale.com
   60 State Street
4  Boston, MA 02109
   Telephone:  617-526-6000
5  Facsimile:   617-526-5000

6  Attorneys for Defendants
   GENENTECH, INC. and CITY OF HOPE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY STIPULATED by and among the parties to this action through their counsel that the above-captioned action (including without limitation all claims and counterclaims asserted in the action) be and hereby is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: May 3, 2017              Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ *Matthew A. Traupman*
    Adam B. Wolfson (SBN 262125)
    adamwolfson@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

Raymond N. Nimrod (*pro hac vice*)
raynimrod@quinnemanuel.com
Matthew A. Traupman (*pro hac vice*)
matthewtraupman@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

SIMPSON THACHER & BARTLETT LLP
Jeffrey E. Ostrow (SBN 213118)
jostrow@stblaw.com
2475 Hanover St.
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Katherine A. Helm (*pro hac vice*)
khelm@stblaw.com
425 Lexington Ave.
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Plaintiff and Counter-Defendant Merck Sharp & Dohme Corp.*

-1-

| | | |
|---|---|---|
| 1 | DATED: May 3, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | DURIE TANGRI LLP |
| 4 | | By /s/ *Daralyn J. Durie* |
| | | DARALYN J. DURIE (SBN 169825) |
| 5 | | ddurie@durietangri.com |
| | | ADAM R. BRAUSA (SBN 298754) |
| 6 | | abrausa@durietangri.com |
| | | LEERON MORAD (SBN 284771) |
| 7 | | lmorad@durietangri.com |
| | | 217 Leidesdorff Street |
| 8 | | San Francisco, CA 94111 |
| | | Telephone: 415-362-6666 |
| 9 | | Facsimile: 415-236-6300 |
| 10 | | IRELL & MANELLA LLP |
| | | DAVID I. GINDLER (SBN 117824) |
| 11 | | dgindler@irell.com |
| | | JOSEPH M. LIPNER (SBN 155735) |
| 12 | | jlipner@irell.com |
| | | 1800 Avenue of the Stars, Suite 900 |
| 13 | | Los Angeles, CA 90067-4276 |
| | | Telephone: 310-277-1010 |
| 14 | | Facsimile 310-203-7199 |
| 15 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 16 | | Robert J Gunther, Jr (*Pro Hac Vice*) |
| | | Robert.Gunther@wilmerhale.com |
| 17 | | 7 World Trade Center |
| | | 250 Greenwich Street |
| 18 | | New York, NY 10007 |
| | | Telephone: 212-230-8830 |
| 19 | | Facsimile: 212-230-8888 |
| 20 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 21 | | Richard W. O'Neill (*Pro Hac Vice*) |
| | | richard.o'neill@wilmerhale.com |
| 22 | | Kevin S Prussia (*Pro Hac Vice*) |
| | | kevin.prussia@wilmerhale.com |
| 23 | | 60 State Street |
| | | Boston, MA 02109 |
| 24 | | Telephone: 617-526-6000 |
| | | Facsimile: 617-526-5000 |
| 25 | | |
| 26 | | Attorneys for Defendants and Counterclaim Plaintiffs GENENTECH, INC. and CITY OF HOPE |
| 27 | | |
| 28 | | |

-2-

JOINT STIPULATION OF DISMISSAL, CASE NO. 16-CV-04992-GW-AGR

**<u>FILER'S ATTESTATION OF CONCURRENCE</u>**

Pursuant to Civil L.R. 5-4.3.4(a)(2) relating to documents requiring multiple signatures, I, Matthew A. Traupman, attest that all other signatories concur in the content of the foregoing document and authorize the filing of the same.

                                                  /s/ *Matthew A. Traupman*

                                                  Matthew A. Traupman

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                              /s/ *Matthew A. Traupman*
                                                Matthew A. Traupman