JS-6

QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Raymond N. Nimrod (*pro hac vice*)
raynimrod@quinnemanuel.com
Matthew A. Traupman (*pro hac vice*)
matthewtraupman@quinnemanuel.com
51 Madison Ave.
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Plaintiff
MERCK SHARP & DOHME CORP.

[LIST OF COUNSEL CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> GENENTECH, INC. and CITY OF HOPE, <br><br> Defendants/Counterclaimants. | CASE NO.: CV 16-4992-GW(AGRx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** <br><br> **Judge: Hon. George H. Wu** |

SIMPSON THACHER & BARTLETT LLP
Jeffrey E. Ostrow (SBN 213118)
jostrow@stblaw.com
2475 Hanover St.
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Katherine A. Helm (*pro hac vice*)
khelm@stblaw.com
425 Lexington Ave.
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Plaintiff
MERCK SHARP & DOHME CORP.

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
ADAM R. BRAUSA (SBN 298754)
abrausa@durietangri.com
LEERON MORAD (SBN 284771)
lmorad@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

IRELL & MANELLA LLP
DAVID I. GINDLER (SBN 117824)
dgindler@irell.com
JOSEPH M. LIPNER (SBN 155735)
jlipner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: 310-277-1010
Facsimile 310-203-7199

WILMER CUTLER PICKERING HALE AND DORR LLP
Robert J Gunther, Jr (*Pro Hac Vice*)
Robert.Gunther@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8830
Facsimile: 212-230-8888

WILMER CUTLER PICKERING HALE AND DORR LLP
Richard W. O'Neill (*Pro Hac Vice*)
richard.o'neill@wilmerhale.com
Kevin S Prussia (*Pro Hac Vice*)
kevin.prussia@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone:  617-526-6000
Facsimile:   617-526-5000

Attorneys for Defendants
GENENTECH, INC. and CITY OF HOPE

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION, CASE NO. 16-CV-04992-GW-AGR

Having considered the Joint Stipulation of Dismissal filed jointly by the parties on May 3, 2017, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED THAT:

1. The above-captioned actions (including without limitation all claims and counterclaims asserted in the actions) be and hereby are dismissed with prejudice in their entirety.

2. Each party shall bear its own legal expenses, including without limitation, attorneys' fees and costs.

**IT IS SO ORDERED**

Dated: May 5, 2017  _____

Honorable George H. Wu

United States District Judge